1   McGREGOR W. SCOTT
    United States Attorney
2   SAM STEFANKI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

**FILED**

Jul 14, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   IN THE MATTER OF THE APPLICATION       CASE NO.   2:20-sw-0616 AC
     OF THE UNITED STATES OF AMERICA
12   FOR AN ORDER PURSUANT TO § 2703(d)
     RE THE CELLULAR PHONE IDENTIFIED       [PROPOSED] ORDER
13   BY (530) 215-6643

14

15                                          **UNDER SEAL**

16

17                        **ORDER**

18        The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that

19   the Court issue an Order requiring Verizon Wireless, an electronic communications service provider

20   and/or a remote computing service located in Bedminster, New Jersey, to disclose the records and other

21   information described in Attachment A to this Order.

22        The Court finds that the United States has offered specific and articulable facts showing that

23   there are reasonable grounds to believe that the records or other information sought are relevant and

24   material to an ongoing criminal investigation.

25        The Court determines that there is reason to believe that notification of the existence of this

26   Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to

27   flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior,

28   or notify confederates.  *See* 18 U.S.C. § 2705(b)(2), (3), (5).

[PROPOSED] ORDER                              1

1    IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Verizon Wireless shall,

2    within ten days of the date of this Order, disclose to the United States the records and other information

3    described in Attachment A to this Order.

4    IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Verizon Wireless shall not disclose

5    the existence of the application of the United States, or the existence of this Order of the Court, to the

6    subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days from the date

7    of the order, unless extended, except that Verizon Wireless may disclose this Order to an attorney for

8    Verizon Wireless for the purpose of receiving legal advice.

9

10

11   Dated:    July 14, 2020

12                                                              Hon. Allison Claire
                                                               U.S. MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT A**

## I.     The Account(s)

The Order applies to certain records and information associated with the following cellular phone identified by (530) 215-6643.

## II.     Records and Other Information to Be Disclosed

Verizon Wireless is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period from June 1, 2020, to July 8, 2020:

A.     The following information about the customers or subscribers of the Account:

1.     Names (including subscriber names, user names, and screen names);

2.     Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.     Local and long distance telephone connection records;

4.     Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5.     Length of service (including start date) and types of service utilized;

6.     Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7.     Other subscriber numbers or identities (including the registration IP address); and

8.     Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.     All records and other information (not including the contents of communications) relating to the Account, including:

1.     Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination IP addresses; and

2.     Information about each communication (including messages, posts, and comments) sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).