1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Jan 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION | CASE NO. 2:20-SW-00616-AC
   | OF THE UNITED STATES OF AMERICA  |
11 | FOR AN ORDER PURSUANT TO § 2703(d) | ORDER UNSEALING § 2703(d)
   | RE THE CELLULAR PHONE IDENTIFIED | APPLICATION AND ORDER
12 | BY (530) 215-6643 |

13

14     Upon application of the United States of America and good cause having been shown,

15     IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

16

17  Dated:  January 21, 2021

                                           _____
18                                          The Honorable Kendall J. Newman
                                            UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL § 2703(d) ORDER